AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00178 |
| Jose Lagunas | ) Assigned To: Judge Sharbaugh, Matthew J. |
| DOB: XXXXXX | ) Assign. Date: 8/27/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 19, 2025  in the county of _____ in the _____ in the District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Nicholas Lawlor*
Complainant's signature

Nicholas Lawler, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/27/2025

Judge's signature

City and state:  Washington, D.C.    Matthew J. Sharbaugh, U.S. Magistrate Judge
Printed name and title