Case 1:25-mj-00178-MJS    Document

Case: 1:25-mj-00178
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 8/27/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On August 19, 2025, at approximately 5:40 p.m., federal law enforcement officials including Homeland Security Investigations ("HSI") Special Agents ("SA") were patrolling in the area of 3100 14th Street, Northwest in Washington, D.C. An HSI SA ("W-1") saw Suspect-1, later identified as the Defendant, spit saliva onto the back of the neck of another HSI SA ("V-1"). Suspect-1 fled the scene. W-1, V-1, and other agents briefly gave chase, but Suspect-1 made good his escape. After the incident, W-1 examined V-1's neck and observed what appeared to be spit on V-1's neck. V-1 also felt a liquid substance on V-1's neck.

On August 24 2025, at approximately 1:45 p.m., W-1 was patrolling in the area of the Fort Totten Metro Station located at 201 Galloway Street, Northeast in Washington, D.C. W-1 and other agents attempted to place an individual under arrest. During the arrest, W-1 spotted Suspect-1. Suspect-1 was standing in a small crowd of people gathered at the bus bays in the Fort Totten Metro Station. Suspect-1 was shouting at federal agents and officers. W-1 notified Metro Transit Police Department ("MTPD") officers and other law enforcement officials that he recognized Suspect-1 as the same person who had spit on V-1 on August 19, 2025. Officers attempted to detain Suspect-1. Suspect-1 attempted to flee but was intercepted and arrested by law enforcement officers and placed under arrest. Suspect-1 identified himself to police as Jose Lagunas (the "Defendant").

Your affiant obtained publicly available video posted online which partially captures the incident. The camera points away from Suspect-1 seconds before the spitting occurs, but Suspect-1 is visible and circled in red in the following still image, which is captured immediately before the spitting.

**Figure 1: Still Image of the Defendant and Agents Seconds Before the Assault**



The following image is a zoomed-in still image of the Defendant from the above-referenced video footage.

**Figure 2: Zoomed In Still Image of the Defendant Seconds Before the Assault**



Your affiant obtained a photograph taken during the arrest of the Defendant and concluded that Suspect-1 and the Defendant appear to be the same person.

**Figure 3: Arrest Photograph of the Defendant**



As such, your affiant submits that probable cause exists to charge Jose Lagunas with a violation of 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers or Employees).

Respectfully submitted,

*Nicholas Lawlor*

Nicholas Lawlor
Special Agent, Badge #S03606
U.S. Department of Homeland Security

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 27, 2025.

_____
HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE